UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MICHAEL CLINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 17-161-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Acting Commissioner of Social Security has filed a motion to remand this matter to the Social Security Administration in light of the United States Court of Appeals for the Sixth Circuit's decision in *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018). The Commissioner contends that this matter should be remanded pursuant to sentence six of 42 U.S.C. § 405(g). Having considered the matter, it is hereby

**ORDERED** that the plaintiff shall file a response, **within 14 days**, addressing whether the matter should be remanded pursuant to sentence four or sentence six of 42 U.S.C. § 405(g). The Commissioner may file a reply **within 7 days** of the filing of the plaintiff's response.

Dated: May 29, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge

-1-