UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MICHAEL CLINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 17-161-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Order entered this date, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the Defendant is **REVERSED**. This matter is remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

2. The plaintiff's benefits are reinstated pending an administrative decision on remand.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

- 2 -

Dated: July 26, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge